# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130641(62)

EULA WASHINGTON, as Personal
Representative of the Estate of Lisa B.
Griffin,
      Plaintiff-Appellee,

v

SINAI HOSPITAL OF GREATER
DETROIT, d/b/a SINAI-GRACE
HOSPITAL, DETROIT MEDICAL
CENTER, DR. KUNTA, THOMAS
PISKOROWSKI, D.O., and
DR. AL-SAYAD,
      Defendants-Appellants.
_____

SC: 130641
COA: 253777
Wayne CC: 03-330934-NM

      On order of the Chief Justice, the motion by plaintiff-appellee for extension of time for filing her brief on appeal is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

                          Clerk